# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MICHAEL PAUL BOWEN
DIRECT DIAL: 212-506-1903
MBOWEN@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

March 13, 2017

*Via Electronic Case Filing*

Honorable Kimba M. Wood
United States District Judge
United States District Court
   Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States* v. *Joseph Meli*, 1:17-cr-00127-KMW-2

Dear Judge Wood:

We represent Joseph Meli and write to amend our March 10, 2017 letter request for a bail modification to permit him to travel to Minnesota. Given the impending winter storm in the Northeast, we request that the permission to travel cover the period of March 15 through Sunday, March 19, 2017.

Respectfully submitted,

Michael Paul Bowen

cc:   Elisha Kobre
      Assistant United States Attorney
      (Via electronic case filing)

      Tiffany Francis
      U.S. Pre-Trial Services Officer
      (Via email: tiffany_francis@nyspt.uscourts.gov)