

KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

DANIEL J FETTERMAN
DIRECT DIAL (212) 506-1934
DIRECT FAX (212) 500-3434
DFETTERMAN@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/24/17

RECEIVED
OCT 23 2017
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

October 20, 2017

Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Joseph Meli*, 1:17-cr-00127-KMW-2

Dear Judge Wood:

We represent Joseph Meli in the above-referenced matter. On October 23, 2017, the pre-trial motion filing deadline, Mr. Meli intends to file two separate motions regarding the suppression of evidence in this case. We write to request permission to publicly file the motions in redacted form and to file certain accompanying confidential exhibits under seal with the Court.

We are available at your convenience should the Court have any questions or need for further information.

Sincerely,

/s/ *Daniel J. Fetterman*

Daniel J. Fetterman

cc:   All Parties (Via ECF)

*Granted. KMW. So long as the court received a complete, red-lined version.*

SO ORDERED:  10-24-17
N.Y., N.Y.

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.