```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA
```

```
                                                    USDS SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 2/15/18
```

    -against-                                          **ORDER**

JOSEPH MELI,                                     17 CR 127 (KMW)

                                  Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       Due to a conflict with the Court's calendar, the sentencing currently scheduled for March 14, 2018, is adjourned to Tuesday, March 27, 2018, at 11:00 a.m.

       SO ORDERED.

Dated: New York, New York
       February 15, 2018

                                                      _/s/ Kimba M. Wood_
                                                      KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE