```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

JOSEPH MELI,

                               Defendant.
------------------------------------------------------------------x

**ORDER**
17 CR 127 (KMW)

KIMBA M. WOOD, District Judge:

      Sentencing for the above-captioned defendant is scheduled for March 27, 2018.

      Defendant's sentencing submission is due by March 13, 2018.  Government response is

due by March 20, 2018.

      SO ORDERED.

Dated: New York, New York
         February 26, 2018

                                 KIMBA M. WOOD
                     UNITED STATES DISTRICT JUDGE