UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
:
:
UNITED STATES OF AMERICA,                      :
:
- against -                                    :
:  No. 17 Cr. 127 (KMW)
JOSEPH MELI,                                   :
:
               Defendant.                      :
:
_____x

# DECLARATION OF DANIEL J. FETTERMAN
## IN SUPPORT OF JOSEPH MELI'S SENTENCING MEMORANDUM

DANIEL J. FETTERMAN, an attorney admitted to practice in the Southern District of New York, declares the following under penalty of perjury:

1.  I am a partner associated with Kasowitz Benson Torres LLP, counsel for Joseph Meli in this action. I submit this declaration to place before the Court true and correct copies of certain documents not attached to the Sentencing Memorandum.

2.  Annexed hereto as Exhibit A is a true and correct copy of excerpts from the Investigative Due Diligence Report – ███ ████ Joseph Meli, ████ ████ ████ ████ ████ ████ and ████ ██ prepared by ███ █████ ████████ for ██ █████ █████ █████ (Aug. 5, 2016).

3.  Annexed hereto as Exhibit B is a true and correct copy of a NEW YORK POST article by Jennifer Gould Keil, *Joe Concert Ups rock tickets to $15,000* (June 10, 2007).

4. Annexed hereto as Exhibit C is a true and correct copy of the "AE Reference Call Notes," prepared by ▮▮▮ Bates-stamped from USAO 11_0043937 to USAO 11_0043944 (Aug. 9, 2016).

5. Annexed hereto as Exhibit D is a true and correct copy of excerpts from New York State Attorney General, *Obstructed View: What's Blocking New Yorkers from Getting Tickets* (2016).

6. Annexed hereto as Exhibit E is a true and correct copy of an email from ▮▮▮ to Joe Meli (Aug. 16, 2016).

7. Annexed hereto as Exhibit F is a true and correct copy of an email from ▮▮▮ to ▮▮▮ Bates-stamped from DTI 24322 to DTI 25324 (Nov. 15, 2016).

8. Annexed hereto as Exhibit G is a true and correct copy of an email from ▮▮▮ to Joe Meli, Bates-stamped DTI 02299 (Jan. 13, 2017).

9. Annexed hereto as Exhibit H is a true and correct copy of the "Funding Agreement" between ▮▮▮ and Advance Entertainment LLC and Joseph Meli, Bates-stamped from USAO 3_0000134 to USAO 3_0000137 (Jan. 12, 2017).

10. Annexed hereto as Exhibit I is a true and correct copy of a recording of a conference call between Joe Meli and investors, Bates-stamped USAO 11-0017139.

11. Annexed hereto as Exhibit J is a true and correct copy of an e-mail from Joe Meli to ▮▮▮ (Nov. 14, 2016).

12. Annexed hereto as Exhibit K is a true and correct copy of a text message from Joe Meli to ▮▮▮ (June 15, 2016).

13. Annexed hereto as Exhibit L is a true and correct copy of text messages between ▮▮▮ and Joe Meli (Nov. 18, 2016).

14. Annexed hereto as Exhibit M is a true and correct copy of a text message from ▬▬ to Joe Meli (Nov. 16, 2016).

15. Annexed hereto as Exhibit N is a true and correct copy of an e-mail from Joe Meli to Matthew Harriton (Sept. 1, 2016).

16. Annexed hereto as Exhibit O is a true and correct copy of text messages between Joe Meli and ▬▬ (Nov. 7, 2016-Jan. 26, 2017).

17. Annexed hereto as Exhibit P is a true and correct copy of American Bar Association, *A Report on Behalf of The American Bar Association Criminal Justice Section on The Reform of Federal Sentencing for Economic Crimes* (2014).

18. Annexed hereto as Exhibit Q is a true and correct copy of an e-mail from Mark Varacchi to Joe Meli, Bates-stamped USAO 7-01153297 (Apr. 13, 2015).

19. Annexed hereto as Exhibit R is a true and correct copy of an e-mail from Mark Varacchi to Joe Meli, Bates-stamped USAO 7-01155278 (Mar. 22, 2016).

20. Annexed hereto as Exhibit S is a true and correct copy of an e-mail from Mark Varacchi to Joe Meli, Bates-stamped USAO 7-01145204 (June 17, 2016).

21. Annexed hereto as Exhibit T is a true and correct copy of an e-mail from Mark Varacchi to Joe Meli, Bates-stamped USAO 7-00051268, attaching "ZachsTrade – New Issue Report," Bates-stamped USAO_7-00150979 (Sept. 22, 2016).

22. Annexed hereto as Exhibit U is a true and correct copy of an e-mail from Craig Carton to Joe Meli and Michael Wright (Sept. 7, 2016).

23. Annexed hereto as Exhibit V is a true and correct copy of an e-mail from Craig Carton to Joe Meli and Michael Wright (Aug. 31, 2016).

24. Annexed hereto as Exhibit W is a true and correct copy of an e-mail from Craig Carton to David Molner and Joe Meli (Dec. 16, 2016).

25. Annexed hereto as Exhibit X is a true and correct copy of an e-mail from Joe Meli to ▬▬ ▬▬ (Dec. 11, 2016).

26. Annexed hereto as Exhibit Y is a true and correct copy of an e-mail from ▬▬ ▬▬ to Joe Meli (Dec. 12, 2016).

27. Annexed hereto as Exhibit Z is a true and correct copy of an e-mail from ▬▬ ▬▬ to Joe Meli and ▬▬ ▬▬ (Dec. 13, 2016).

28. Annexed hereto as Exhibit AA is a true and correct copy of a press release, U.S. Attorney's Office, Southern District of New York, *Manhattan Man Pleads Guilty To Participating In Multimillion-Dollar Securities Fraud Scheme* (Oct. 31, 2017).

29. Annexed hereto as Exhibit BB is a true and correct copy of a press release, U.S. Attorney's Office, Southern District of New York, *Two Individuals Arrested And Charged In Manhattan Federal Court With Securities And Wire Fraud For Participating In A Multimillion-Dollar Ponzi Scheme* (Jan. 27, 2017).

30. Annexed hereto as Exhibit CC is a true and correct copy of ▬▬▬▬▬▬▬▬ ▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬.

31. Annexed hereto as Exhibit DD is a true and correct copy of National Center on Institutions and Alternatives, *Federal Sentencing Statistical Analysis Report* (Mar. 2018).

Dated: March 14, 2018               /s/ Daniel J. Fetterman

                                    Daniel J. Fetterman
                                    Kasowitz Benson Torres LLP
                                    1633 Broadway
                                    New York, New York 10019
                                    (212) 506-1934

                                    *Attorneys for Joseph Meli*

4