

KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX (212) 506-1800

DANIEL J. FETTERMAN
DIRECT DIAL (212) 506-1934
DIRECT FAX (212) 500-3434
DFETTERMAN@KASOWITZ.COM

RECEIVED
MAR 16 2018
CHAMBERS OF KIMBA M. WOOD
U.S.D.-S D.N Y

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/18

ATLANTA  HOUSTON  LOS ANGELES  NEWARK  SAN FRANCISCO  SILICON VALLEY  WASHINGTON DC

March 13, 2018

**MEMO ENDORSED**

Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 26A
New York, New York 10007-1312

Re:   *United States v. Joseph Meli*, 1:17-cr-00127-KMW-2

Dear Judge Wood:

We represent Joseph Meli in the above-referenced matter. With the Government's consent, we respectfully request a 24-hour extension to file Mr. Meli's sentencing memorandum on March 14, 2018, and that the Government be granted a corresponding 24-hour extension so that its responsive papers would be due on March 21, 2018.  ] granted

Respectfully,

/s/ Daniel J. Fetterman

Daniel J. Fetterman

cc:   Daniel L. Stein                Tiffany Francis
      AUSA Elisha Kobre              U.S. Pre-Trial Services Officer
      AUSA Brendan Quigley           (Via email: tiffany_francis@nyspt.uscourts.gov)
      (Via ECF)

SO ORDERED:  N.Y., N.Y. 3/19/18

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.