# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

JEFFREY R. ALEXANDER
DIRECT DIAL: (212) 506-3327
DIRECT FAX: (212) 500-3583
JAlexander@kasowitz.com

June 14, 2018

Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 26A
New York, New York 10007-1312

    Re:    <u>United States v. Joseph Meli</u>, 1:17-cr-00127-KMW-2

Dear Judge Wood:

    We represent Joseph Meli in the above-referenced matter. We respectfully request that the Court modify its recommendation as to Mr. Meli's United States Bureau of Prisons (the "BOP") designation. Specifically, we respectfully request that the Court recommend to the BOP that Mr. Meli be incarcerated at the camp at Federal Correctional Institution, Otisville ("FCI Otisville"), instead of the camp at United States Penitentiary, Lewisburg ("USP Lewisburg"), as originally designated. In furtherance of that request, we also respectfully ask that Mr. Meli's surrender date to the BOP, currently scheduled for June 26, 2018, be adjourned until a date after August 27, 2018.

    Neither the Government nor Pretrial Services take a position on this request.

    On October 31, 2017, Mr. Meli pled guilty to a single count of securities fraud in violation of 15 U.S.C. § 78j(b) and 78ff. On April 3, 2018, the Court imposed a 78-month custodial sentence on Mr. Meli, and recommended to the BOP, at Mr. Meli's request, that Mr. Meli be incarcerated at the camp at USP Lewisburg. The Court further recommended that Mr. Meli be entered into the Residential Drug Abuse Program ("RDAP"). On April 5, 2018, the Court entered the judgment. ECF No. 148.

    Since sentencing, however, Mr. Meli has conferred with members of the BOP and has determined that a designation to the camp at FCI Otisville would be more suitable and appropriate. A placement at the camp at FCI Otisville would provide Mr. Meli with additional opportunities to be visited by his family – including his four young sons – since the camp at FCI Otisville has greater flexibility in visitation hours and the quantity of allowable visits, and is physically closer to his children's current New York state home. According to the Department of Justice Visiting Regulations, each inmate at USP Lewisberg is capped at five visits per month

KASOWITZ BENSON TORRES LLP

Honorable Kimba M. Wood
June 14, 2018
Page 2

and visitation is limited only to the weekends.  At FCI Otisville, however, inmates may receive up to 12 visits per month, with visitation available four days per week.

Mr. Meli was advised by BOP officials from the Designation and Sentencing Computation Center ("DSCC") that the BOP can honor the Court's recommendation should the Court designate FCI Otisville, but that it may take up to 60 days for the BOP to process the new recommendation.

For the above reasons, we respectfully move the Court to supplement the Court's order or April 5, 2018 to include a recommendation that Mr. Meli be designated to begin his sentence at the camp at FCI Otisville and to extend Mr. Meli's surrender date for approximately 60 days, to on or about August 27, 2018, to allow the BOP to consider this request.

We are available at your convenience should the Court have any questions.

Respectfully,

*/s/ Jeffrey R. Alexander*

Jeffrey R. Alexander

cc:   Elisha Kobre                          Tiffany Francis
      Brendan Quigley                       U.S. Pre-Trial Services Officer
      Assistant United States Attorneys     (Via email:  tiffany_francis@nyspt.uscourts.gov)
      (Via ECF)