UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/18

UNITED STATES OF AMERICA,

v.

JOSEPH MELI,
            Defendant.

17-CRIM-00127

### [PROPOSED] ORDER RECOMMENDING DEFENDANT JOSEPH MELI'S DESIGNATION TO BEGIN HIS SENTENCE AT THE CAMP AT FCI OTISVILLE

This matter having come before the Court upon letter-motion by Defendant Joseph Meli (ECF No. 168), and good cause having been shown;

IT IS on this **22nd** day of June, 2018, **ORDERED** as follows:

Defendant's request for the Court's recommendation that Defendant Joseph Meli be designated to begin his sentence at the camp at FCI Otisville is hereby **GRANTED**.

6-22-18

_Kimba M. Wood_

Honorable Kimba M. Wood
United States District Judge