# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

JEFFREY R. ALEXANDER
DIRECT DIAL: (212) 506-3327
DIRECT FAX: (212) 500-3583
JALEXANDER@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

July 23, 2018

Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 26A
New York, New York 10007-1312

      Re:    *United States v. Joseph Meli*, 1:17-cr-00127-KMW-2

Dear Judge Wood:

We represent Joseph Meli in the above-referenced matter. On April 3, 2018, Your Honor sentenced Mr. Meli to a custodial term of 78 months, following his conviction for securities fraud. The Court ordered Mr. Meli to surrender to the Bureau of Prisons on June 26, 2018.

As confirmed through the Bureau of Prisons website, Mr. Meli has surrendered to his designated facility and has begun serving his sentence. We write now to request an order from the Court lifting Mr. Meli's appearance bond and relieving all suretors of any obligations due under the terms of the bond.

We are available at your convenience should the Court have any questions.

Respectfully,

*/s/ Jeffrey R. Alexander*

Jeffrey R. Alexander

cc:    Elisha Kobre
      Brendan Quigley
      Assistant United States Attorneys
      (Via ECF)