UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

UNITED STATES OF AMERICA

-v.-

JOSEPH MELI,

          Defendant.

------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/20

FINAL ORDER OF FORFEITURE AS TO SUBSTITUTE ASSETS

S1 17 Cr. 127 (KMW)

WHEREAS, on or about June 11, 2019, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Preliminary Order of Forfeiture") (D.E. 208), which ordered the forfeiture to the United States of all right, title and interest of JOSEPH MELI (the "Defendant") in the following:

    i.    $49,300.00 in United States currency provided by the defendant, by and through his attorney;

    ii.    One 2016 Jeep Wrangler suburban gray bearing Vehicle Identification Number 1C4BJWEG3GL296946;

    iii.    One Olhausen Games pool table/ping pong table (sales receipt included);

    iv.    Watches, as follows:
        a.    One gents 18K white gold Patek Philippe watch, model Calatrava 6006G-012, Serial #5881281 (Patek "240" movement)
        b.    One gents 18K rose gold Patek Philippe watch model #5109, serial #1896137 (Patek "215" movement) ;

    v.    Bottles of wine, as follows:

| | Number of Bottles | Description and Label |
|---|---|---|
| 1. | 15 | Domaine Giraud Chateaneuf-Du-Pape |
| 2. | 12 | Ad Vivum Cabernet Savignon |
| 3. | 12 | Lindstrom Stags leaf District |
| 4. | 8 | Barolo 2006 Cerequio |
| 5. | 12 | Beau Vigne Juliet |
| 6. | 6 | OV/SL Napa Valley Estate Red Wine |

| # | Qty | Description |
|---|---|---|
| 7. | 3 | Cornerstone Pinot Noir |
| 8. | 2 | Tua Rita Redigaffi 2008 |
| 9. | 12 | Blankiet Estate 2006 |
| 10. | 3 | Gaja Costa Russi 2013 |
| 11. | 12 | The Grade Cabernet Savignon 2013 |
| 12. | 6 | Futo 5500 Cabernet Savignon 2012 |
| 13. | 6 | Hourglass Estate Cabernet Savignon 2012 |
| 14. | 12 | Corra Cabernet Savignon 2013 |
| 15. | 4 | Chateau Palmer Margaux Medoc 2011 |
| 16. | 6 | Chateau Pavie Sainte Emilion Grand Cru 2010 |
| 17. | 7 | Hourglass Blueline Estate Cabernet Savignon 2012 |
| 18. | 24 | Bello Reserve Cabernet Savignon 2010 |
| 19. | 11 | Chateau De Santenay Pinot Noir 2012 |
| 20. | 31 | Baer Winery Arctos Cabernet Savignon 2011 |
| 21. | 14 | Screaming Eagle Cabernet Savignon 2012 |
| 22. | 12 | VHR Cabernet Savignon 2013 |
| 23. | 5 | Futo 2011 Oakville Red wine |
| 24. | 1 | Chateau Montrose Sainte-Estephe 2010 |
| 25. | 11 | Chateau Montrose Sainte-Estephe 1995 |
| 26. | 12 | Buehler Vineyards Cabernet Savignon 2013 |
| 27. | 8 | Puligny-Montrachet 1st Cru 2012 |
| 28. | 4 | Tamaya Gran Reserva Chardonnay 2011 |
| 29. | 1 | Chevalier-Montrachet Gran Ciu 2014 |
| 30. | 2 | Meursault-Genevrieres Premier Cru 2008 |
| 31. | 6 | Chassagne Montrachet Les Caillerets 2012 |
| 32. | 4 | Harlan Estate 1998 (Magnum size) |
| 33. | 2 | Dom Perignon Vintage Brut 2004 |
| 34. | 3 | Chateau Tropolong Mondot Grand Cru Class 2005 |
| 35. | 4 | Houglass Blueline Estate Merlot 2012 |
| 36. | 4 | Cristal Louis Roederer 2005 |
| 37. | 4 | Gaja Barbaresco 2013 |
| 38. | 2 | Gaja & Rey 2014 |
| 39. | 2 | Harlan Estate Red wine 2009 |
| 40. | 3 | Gaja Costa Russi 2005 |
| 41. | 10 | Gaja Conteisa 2004 |
| 42. | 8 | Dom Perignon Vintage 2003 |
| 43. | 1 | Bourgogne Appelation Controlee 2012 |

| 44. | 1 | Masseto Tenuta Dell Ornellaia 2000 |
|---|---|---|
| 45. | 1 | Martinelli Pinot Noir 2013 |
| 46. | 1 | Pascual Toso Finca Pedegral Cabernet Savignon 2014 |
| 47. | 1 | Frank Family Champagne 1995 |
| 48. | 1 | Le Petite Cheval 2010 |
| 49. | 1 | Chateau L'Evangile Pomerol 2005 |
| 50. | 1 | Sassicaia Bolgheri Sassicaia 2011 |
| 51. | 1 | Blackwell Finne Jamaican Rum Black Gold |
| 52. | 1 | George Dickel Rye Whisky |
| 53. | 1 | Milagro Special Barrel Reserve Tequila |
| 54. | 12 | Gaja Nebbiolo San Lorenzo (2 wooden cases) |
| 55. | 36 | Sancerre 2015 (3 Cases) |
| 56. | 24 | Chartron Domaine Jean Puligny 2014 (2 cases) |
| 57. | 9 | Dom Perignon 1998 (case) |
| 58. | 10 | Paolo Scavino Barolo Carobric 1999 (1 case) |
| 59. | 12 | Chateau Saint-Pierre Grand Cru Classe 2010 (2 cases) |
| 60. | 6 | Second Flight 2013 (1 case) |
| 61. | 6 | Stones No. 2 Cabernet Savignon 2013 |
| 62. | 12 | Adrianna Vineyards Malbec (4 cases) |
| 63. | 12 | Chateau Clos Fourtet 1st Grand Cru 2009 (2 cases) |
| 64. | 8 | Premiere Napa Valley Cabernet Savignon 2012 |
| 65. | 10 | Chacra Pinot Noir 2015 (1 1/2 cases) |
|  | 494 Total Bottles |  |

vi. Works of art, as follows:

    a. One Mickey Mouse painting signed Mr Brainwash;
    b. One Murakami flowerball screenprints signed 58/300;
    c. One beaded surfboard skull motif signed Stepheone (last name illegible);
    d. One Grateful Dead concert poster Avalon Ballroom signed Jerry Garcia/Kelley # 9/35;
    e. One concert poster East Hampton Social (Prince/Dave Matthews/Billy Joel/James Taylor/Tom Petty);
    f. One Rolling Stones concert poster Havana Cuba date 03/25/2016 not signed;

       g.    One Nike sneaker lithograph signed;
       h.    One Artist and Divisionary by Steven Wheeler circa 1947 lithograph;
       i.    One Lithograph depicting four horses in race by Andre Brasilier (framed 1996); and
       j.    Three Lichtenstein posters framed unsigned

vii.    <u>Electronic equipment, as follows</u>:
       a.    One Multicade game console;
       b.    One McIntosh Lab power amplifier <u>MC205</u>;
       c.    One McIntosh Lab MX122A/V processor;
       d.    One Beryllium subwoofer;
       e.    One Beryllium Focal; and
       f.    Two Beryllium speakers

viii.    <u>Pairs of Sneakers, as follows</u>:
       a.    One Nike Yeezy 750 Boost size 13 sneaker (gray);
       b.    One Lebron XII Low size 13 sneaker (orange/blue);
       c.    One Lebron XII Low size 11 sneaker (black/blue);
       d.    One Nike Dunk High Pro SB size 13 sneaker (blue/black);
       e.    One Nike Dunk High PRM DLS SB QS size 13 sneaker (white);
       f.    One Nike SB Dunk High PRM SB size 13 sneaker (teal/black);
       g.    One Nike Lebron size 13 sneaker (teal/blue);
       h.    One Nike Dunk Low Pro SB size 13 sneaker (black/white);
       i.    One Nike Foamposite Pro Size 12 sneaker (red);
       j.    One Nike Foamposite Pro size 13 sneaker (yellow);
       k.    One Jordan Spizike BHM size 14 sneaker (yellow);
       l.    One Air Jordan 2 Retro size 13 sneaker (white);
       m.    One Air Jordan 2 Retro size 13 sneaker (black/gray);
       n.    One Air Jordan 2 Retro size 13 sneaker (black/gray);
       o.    One Air Jordan 3 Retro size 13 sneaker (black);
       p.    One Air Jordan 3 Retro size 14 sneaker (black/gray);
       q.    One Air Jordan 3 Retro Wool size 14 (gray);
       r.    One Air Jordan 7 Retro size 13 sneaker (white/purple);
       s.    One Air Jordan 8 Retro size 13 sneaker (black);
       t.    One Air Jordan 10 Retro DB size 14 sneaker (black/red);
       u.    One Air Jordan 11 Retro Low size 13 sneaker (black/red);
       v.    One Air Jordan 11 Retro size 13 sneaker (black/white);
       w.    One Nike KD V Elite Series size 13 sneaker (orange/yellow);
       x.    One Adidas PW Stan Smith SLD Size 13 sneaker (black);
       y.    One Adidas Stan Smith size 13 sneaker (white);
       z.    One Louis Vuitton size 10 1/2 sneaker (brown/purple);
       aa.    One Adidas Superstar 1 2008 World Champion size 12 1/2 sneaker (gold/green) (no box);
       bb.    One Nike Air Doernbecher Children's Hospital Foundation size

                14 sneaker (red/white/blue) (no box); and
          cc. One Nike High Tops size 13 sneaker (camo colored) (no box)

ix. <u>Musical instruments</u> as follows:
    a. One Yamaha acoustic guitar 335F signed unknown with skull;
    b. One Gibson Les Paul Standard electric guitar signed Prince/B Joel/T Petty/J Taylor plus 3 unidentified signatures/Gibson guitar case; and
    c. One Fender amplifier for electric guitar (Mustang # 1)

x. <u>Sports memorabilia</u> as follows:
    a. One Framed LA Lakers jersey Shaq O'Neal signed (yellow/purple);
    b. One Framed NY Knicks jersey Eddy Curry signed (white);
    c. One Framed NY Rangers jersey Marian Gaborik signed (r/w/b);
    d. One Framed NY Rangers 1994 Stanley Cup photo Mark Messier signed;
    e. One Framed baseball photo # 24 making catch signed;
    f. One Framed Joe Frazier/ Muhammad Ali photo (Frazier signed);
    g. One Framed Yankee Stadium photo with original dirt from stadium;
    h. One Signed NY Ranger hockey puck Adam Graves # 9;
    i. One Signed NY Rangers hockey puck unknown; and
    j. One NY Rangers screenprint Goaltender Henrik Lundquist signed

(i. through x., the "Substitute Assets");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Properties before the United States can have clear title to the Specific Properties;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Properties was posted on an official government internet site (www.forfeiture.gov) beginning on July 10, 2019 for thirty (30) consecutive days, through August 8, 2019, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on January 15, 2020 (D.E. 217);

WHEREAS, on or about June 26, 2019, Notice of the Preliminary Order of Forfeiture as to Substitute Assets was sent by certified mail, return receipt requested, to:

>Joseph Meli
>New York, NY 10014
>
>Jessica Meli
>East Hampton, NY 11937
>
>Jessica Meli
>New York, NY 10014

(the "Noticed Parties")

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Assets;

WHEREAS, the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest in the Substitute Assets; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Properties is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Properties.

3. The United States Marshals Service (or its designee) shall take possession of the Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk of the Court shall forward four certified copies of this Second Final Order of Forfeiture to Assistant United States Attorney Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
        Jan. 22 , 2020

SO ORDERED:

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE