USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 27, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-

JOSEPH MELI,

                 Defendant.
---------------------------------------------------------X

17-CR-127 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On March 23, 2020, the Court received a letter from the parents of Joseph Meli, who is currently serving a 78-month prison sentence following his guilty plea in this matter. Mr. Meli's parents request that Mr. Meli be permitted to serve his sentence in home confinement, in light of the spread of COVID-19 and Mr. Meli's pre-existing health conditions, at least until the conclusion of the COVID-19 crisis.

    The Court construes this letter as a request for modification of Mr. Meli's prison sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A). That statute authorizes the court to modify a defendant's term of imprisonment "upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant," once the defendant has exhausted certain administrative remedies. *Id.* Thus, any request for modification of Mr. Meli's prison sentence must be made by Mr. Meli himself, or by the Director of the Bureau of Prisons. Mr. Meli's parents' request is therefore DENIED.

    SO ORDERED.

Dated: New York, New York
       March 27, 2020

                                               /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                           United States District Judge