USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 30, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

JOSEPH MELI,

      Defendant.

----------------------------------------------------------X

17-CR-127 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Joseph Meli ("Defendant") is serving a 78-month prison sentence following his guilty plea in this matter. Defendant is currently confined at the Metropolitan Detention Center in Brooklyn, New York ("MDC"). Defendant has moved for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), based on his pre-existing health conditions and the spread of COVID-19 in the MDC and other federal prisons (the "Motion"). (ECF No. 224.) Defendant has also submitted, as a supplement to the Motion, a copy of his letter to the Warden of the MDC, dated March 27, 2020, requesting that the Bureau of Prisons move for modification of Defendant's sentence on Defendant's behalf. (ECF No. 226.)

    On or before May 4, 2020, the United States shall respond to the Motion.

    SO ORDERED.

Dated: New York, New York
       March 30, 2020

                                       /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                                   United States District Judge