```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

United States of America

                                                                 17-cr-00127-KMW

                    v.

Joseph Meli,

                Defendant.
------------------------------------------------------------------X

       Upon application of Joseph Meli, by his attorney Adam S. Kaufmann,

       Whereas this Court has previously issued a Restitution Order directing restitution be paid to the victims the crimes for which Mr. Meli was convicted, and

       Whereas Mr. Meli seeks information relating to the amount of restitution that has been paid to each of the victims;

       It is hereby ORDERED that:

1. The Southern District of New York's Finance Department shall provide Mr. Kaufmann with the names of each victim and the amount in restitution they have received to date.

2. The Finance Department shall redact the addresses of each victim and any other personal information.

3. The Finance Department shall transmit this information by email to Mr. Kaufmann at the following address: adam.kaufmann@lbkmlaw.com

Dated: March 14, 2020

                                                                       *Kimba M. Wood*
                                                          HONORABLE KIMBA M. WOOD
                                                          SOUTHERN DISTRICT OF NEW YORK