UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.

JOSEPH MELI,

                Judgment Debtor.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/25

17 CR 127 (KMW)

**ORDER TO CHANGE**
**RESTITUTION PAYEE**

WHEREAS the Court sentenced JOSEPH MELI on April 2, 2018 and imposed restitution in the amount of $56,037,924.28 for payment to a Sealed Schedule of Victims, *see* Amended Judgment (Dkt. 178, p. 6);

WHEREAS, Grossman, LLP, the law firm that represents multiple individuals in this case and the related case *Securities and Exchange Comm'n v. Meli*, No. SEC v. Meli, No. 17-CV-0632 (LLS) (S.D.N.Y.), informed the Court that restitution payments intended for its client, "David S. Nagelberg" had been inadvertently delivered to a non-party with a similar name at a different address, *see* Letters (Dkts. 249, 252);

WHEREAS the Government has conferred with Grossman, LLP and the Clerk of Court regarding the restitution payments issued to victims in this case and confirmed the following:

    a) Pursuant to the Sealed Schedule of Victims, the Clerk of Court sent two checks to "David Nagleberg": one dated July 11, 2019 in the amount of $43,725.77 and one dated July 17, 2023 in the amount of $164,126.52;

    b) The name "David Nagleberg" that appears on the Sealed Schedule of Victims is a misnomer;

    c) The correct name and spelling of the victim is "David S. Nagelberg" to whom payments should be sent in care of his law firm, Grossman, LLP;

d) The recipient of the checks payable and sent to "David Nagleberg" has returned the sum of $43,725.77 directly to Grossman, LLP for "David S. Nagelberg" and did not negotiate the check for $164,126.52, which has expired;

e) The Clerk of Court has requested an order to correct the Sealed Schedule of Victims by removing reference to "David Nagleberg" and replacing it with "David S. Nagelberg" for payments to be made in care of Grossman, LLP via the address and attorney trust account routing information provided on Form AO213P Request for Payee Information and TIN Certification; and

f) Grossman LLP has requested that the Clerk of Court reissue payment in the amount of $164,126.52 payable to "David S. Nagelberg" via its attorney trust account;

IT IS HEREBY ORDERED that the Sealed Schedule of Victims is amended and corrected to reflect that no restitution is payable to "David Nagleberg" whose name should be removed from the victim list and replaced with the name "David S. Nagelberg" as the restitution payee in care of his law firm Grossman, LLP via the attorney trust account information it has provided to the Clerk of Court, which shall reissue payment in the amount of $164,126.52 to "David S. Nagelberg" and direct all future disbursements on his behalf to Grossman, LLP until further notice. As Grossman, LLP represents additional individuals on the Sealed Schedule of Victims, the Clerk of Court is authorized to direct payments to the law firm's attorney trust account for those victims. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
~~January~~, 2025
February 3,

_____
UNITED STATES DISTRICT JUDGE

Order Change in Restitution Payee - Page 2