

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Building
26 Federal Plaza, 38th Floor
New York, New York 10278

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/25

September 16, 2025

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: *United States v. Joseph Meli*
          17 Cr. 127 (KMW)

Dear Judge Wood:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Jospeh Meli, in the Substitute Assets was ordered forfeited pursuant to an Order of Forfeiture as to Substitute Assets (Docket Entry 223) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Substitute Assets according to law.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney
                                      Southern District of New York

By: _____
      Emily Deininger
      Assistant United States Attorney
      Tel. (212) 637-2472

*Enclosure*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

JOSEPH MELI,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

17 Cr. 127(KMW)

WHEREAS, on or about January 30, 2020, this Court entered an Order of Forfeiture as to Substitute Assets (the "Substitute Asset Order") (D.E. 223), which ordered the forfeiture to the United States of all right, title and interest of JOSEPH MELI (the "Defendant") in the following property:

    a. One (1) Cartier Watch cracked crystal-automatic water resistant Swiss made 18K; serial number 1741248274CD;

    b. One (1) Franck Mueller watch-Geneve Master of Complications; serial number TTNRERG N 0375 10800 SCDTGPG; and

    c. Eleven (11) assorted watch and/or jewelry cases;

(the "Substitute Assets");

WHEREAS, the Substitute Asset Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Asset Order, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any

person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on March 14, 2023, for thirty (30) consecutive days, through April 12, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on September 16, 2025 (D.E. 255);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Assets have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Substitute Assets;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Substitute Assets are hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Substitute Assets.

3. The United States Marshals Service (or its designee) shall take possession of the Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
September 17, 2025

SO ORDERED:

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE